AORO

FILED
2008 SEP -4 PM 4:17
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY KNH DEPUTY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Magistrate Docket No. |
| Plaintiff, | '08 MJ 2724 |
| | <u>COMPLAINT FOR VIOLATION OF:</u> |
| v. | |
| **Victor Hugo COLIN-Ventura,** | Title 8, U.S.C., Section 1326<br>Attempted Entry After<br>Deportation |
| Defendant | |

The undersigned complainant, being duly sworn, states:

On or about **September 2, 2008** within the Southern District of California, defendant, **Victor Hugo COLIN-Ventura,** an alien, who previously had been excluded, deported and removed from the United States to **Mexico**, attempted to enter the United States with the purpose, i.e. conscious desire, to enter the United States at or near the San Ysidro, California Port of Entry, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
Jacob Sanchez
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 4th of **SEPTEMBER, 2008**

Leo S. Papas
UNITED STATES MAGISTRATE JUDGE

MA 9/9/08 KNH

**CONTINUATION OF COMPLAINT:**
**Victor Hugo COLIN-Ventura**

## PROBABLE CAUSE STATEMENT

On September 2, 2008, Border Patrol Agent D. L. Bowden was working assigned line-watch duties in the Imperial Beach Area of Operations at an area known as "Whiskey 3." "Whiskey 3" is an area approximately one mile west of the San Ysidro Port of Entry and approximately ten yards north of the United States/Mexico International Boundary. Due to its proximity to the International Boundary and surrounding conveyances, "Whiskey 3" is an area notoriously used by aliens to further their illegal entrance.

Supervisory Border Patrol Agent J. Abrantes, who was operating the portable Infrared Scope advised Border Patrol Agent M. Jiron and Agent Bowden that he observed one individual crossing the border near Whiskey 3. Agents Jiron and Bowden responded to the area and observed one individual lying on the concrete apron approximately seventy five yards north of the yellow line that divides the United States/ Mexico International Boundary. Agent Bowden identified himself as a Border Patrol Agent and conducted an immigration inspection on the individual and questioned him as to his citizenship and nationality. The subject, later identified as the defendant Victor Hugo COLIN-Ventura, freely admitted to being a citizen and national of Mexico not in possession of any immigration documents allowing him to be or remain in the United States legally. The defendant was arrested at approximately 10:33 P.M., and transported to the Imperial Beach Border Patrol Station for processing

Routine record checks of the defendant revealed a criminal and immigration history. The defendant's record was determined by a comparison of his criminal record and the defendant's current fingerprint card. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to Mexico on July 8, 2008 through San Ysidro, California. These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.

The defendant was advised of his Miranda Rights and he was willing to make a statement without a lawyer present. The defendant again stated that he is a citizen and national of Mexico illegally present in the United States without any immigration documents that would allow him to enter or remain legally in the United States.